UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22400-ALTMAN/Sanchez

**LEONARDO AGUILAR,** *individually and on behalf of all those similarly situated*,

    *Plaintiff,*

v.

**ANGIE'S LIST, INC.,** *d/b/a* **ANGI**,

    *Defendant.*

_____/

## ORDER

The Plaintiff has filed a Notice of Settlement [ECF No. 13], informing the Court that the parties have resolved their dispute. We hereby **ORDER and ADJUDGE** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal and a motion for preliminary approval of the class action settlement by **August 28, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on ~~July~~ 31, 2024.

                                                         **ROY K. ALTMAN**
                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record