**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-22400-ALTMAN/Sanchez**

**LEONARDO AGUILAR,** *individually*
*and on behalf of all those similarly situated*,

    *Plaintiff*,

v.

**ANGIE'S LIST, INC.,** *d/b/a* **ANGI**,

    *Defendant.*
_____/

**ORDER**

    The parties have filed a Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 16] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case remains **CLOSED**. All pending deadlines and hearings remain **TERMINATED**, and any pending motions remain **DENIED AS MOOT**.

    **DONE AND ORDERED** in the Southern District of Florida on September 4, 2024.

                                                    _____
                                                  **ROY K. ALTMAN**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record